UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

CARTEZ S COLLINS #113790/453533　　　　CIVIL ACTION NO. 20-cv-1321

VERSUS　　　　JUDGE ELIZABETH E. FOOTE

CADDO PARISH CORRECTIONAL CENTER　MAGISTRATE JUDGE HORNSBY
ET AL

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that Defendants' Motion for Summary Judgment (Doc. 16) is granted and that all claims against all defendants are dismissed with prejudice.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the __1st__ day of __March__, 2022.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE